2017 ND 257

STATE of North Dakota, Plaintiff and Appellee

v.

Joshua Paul HOJIAN, Defendant and Appellant

No. 20170142

Supreme Court of North Dakota.

Filed 11/16/2017

Justin J. Schwarz, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Per Curiam.

[¶1] Joshua Paul Hojian appeals from a criminal judgment entered after a jury found him guilty of violation of a domestic violence protection order and forgery. Hojian argues the verdict was not supported by sufficient evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (7). *State v. Noorlun*, 2005 ND 189, ¶ 20, 705 N.W.2d 819 ("A conviction may be justified on circumstantial evidence alone if the circumstantial evidence has such probative force as to enable the trier of fact to find the defendant guilty beyond a reasonable doubt. Moreover, a jury may find a defendant guilty even though evidence exists which, if believed, could lead to a not guilty verdict." (internal citations omitted)).

[¶2] Gerald W. VandeWalle, C.J.

Daniel J. Crothers

Lisa Fair McEvers

Jon J. Jensen

Jerod E. Tufte